Attorney(s) Valletti & Associates P.C.
Index # 2:19-cv-04638-ARR-JO
Purchased/Filed: August 12, 2019
State of New York
Court: U. S. District
County: Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Juan Manuel Rodriguez Turcios, et al

Plaintiff(s)

against

Andrea D'Alessio Construction, Inc., et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 55 Yrs.
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Blonde   Other:

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on September 10, 2019, at 12:10 PM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: Summons in a Civil Action with Complaint, Civil Cover Sheet & Exhibits

on

**Andrea D'Alessio Construction, Inc.**

the Defendant in this action, by delivering to and leaving with   Sue Zouky   AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

10th day of September 2019

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

Robert Guyette

Invoice-Work Order # 1935401
Attorney File # Turcios

Attorney(s)  Valletti & Associates P.C.
Index #  2:19-cv-04638-ARR-JO
Purchased/Filed: August 12, 2019
State of New York
Court:  U. S. District
County:  Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Juan Manuel Rodriguez Turcios, et al

Plaintiff(s)

against

Andrea D'Alessio Construction, Inc., et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**  Approx. Age: 55 Yrs.
Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White
Hair color: Blonde  Other:

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on September 10, 2019, at 12:10 PM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: Summons in a Civil Action with Complaint, Civil Cover Sheet & Exhibits

on

**Andre D'Alessio Construction Inc.**

the Defendant in this action, by delivering to and leaving with Sue Zouky AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

10th day of September 2019

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

Robert Guyette

**Invoice·Work Order #** 1935404
Attorney File #  **Turcios**

Attorney(s) Valletti & Associates P.C.
Index # 2:19-cv-04638-ARR-JO
Purchased/Filed: August 12, 2019
State of New York
Court: U. S. District
County: Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Juan Manuel Rodriguez Turcios, et al

Plaintiff(s)

against

Andrea D'Alessio Construction, Inc., et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**  Approx. Age: 55 Yrs.
Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White
Hair color: Blonde  Other:

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on September 10, 2019, at 12:10 PM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: Summons in a Civil Action with Complaint, Civil Cover Sheet & Exhibits

on

**D'Alessio Architecture, P.C.**

the Defendant in this action, by delivering to and leaving with Sue Zouky AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

10th day of September 2019.

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

Robert Guyette

Invoice·Work Order # 1935396
Attorney File # Turcios

Attorney(s)  Valletti & Associates P.C.
Index #  2:19-cv-04638-ARR-JO
Purchased/Filed: August 12, 2019
State of New York
Court:  U. S. District
County:  Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Juan Manuel Rodriguez Turcios, et al

Plaintiff(s)

against

Andrea D'Alessio Construction, Inc., et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**  Approx. Age: 55 Yrs.
Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White
Hair color: Blonde  Other: _____

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on September 10, 2019, at 12:10 PM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: Summons in a Civil Action with Complaint, Civil Cover Sheet & Exhibits

on

**Centner Holdings Corporation a/k/a APP Creative Development Corporation**

the Defendant in this action, by delivering to and leaving with  Sue Zouky
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

10th day of September 2019

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

Robert Guyette

Invoice·Work Order # 1935399
Attorney File #  Turcios

Attorney(s) Valletti & Associates P.C.
Index # 2:19-cv-04638-ARR-JO
Purchased/Filed: August 12, 2019
State of New York
Court: U. S. District
County: Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Juan Manuel Rodriguez Turcios, et al

Plaintiff(s)

against

Andrea D'Alessio Construction, Inc., et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 55 Yrs.
Weight: 120 Lbs. Height: 5' 0" Sex: Female Color of skin: White
Hair color: Blonde Other:

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on September 10, 2019, at 12:10 PM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: Summons in a Civil Action with Complaint, Civil Cover Sheet & Exhibits

on

**Centner Powerhouse LLC**

the Defendant in this action, by delivering to and leaving with Sue Zouky AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
10th day of September 2019

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

Robert Guyette

Invoice-Work Order # 1935397
Attorney File # Turcios

Attorney(s)  Valletti & Associates P.C.
Index #  2:19-cv-04638-ARR-JO
Purchased/Filed: August 12, 2019
State of New York
Court:  U. S. District
County:  Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Juan Manuel Rodriguez Turcios, et al

Plaintiff(s)

against

Andrea D'Alessio Construction, Inc., et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**  Approx. Age: 55 Yrs.
Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White
Hair color: Blonde  Other: _____

_____ Robert Guyette _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on September 10, 2019, at 12:10 PM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: Summons in a Civil Action with Complaint, Civil Cover Sheet & Exhibits

on

**Rodriguez & Sons Construction and Landscaping, LLC**

the Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

10th day of September 2019

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

Robert Guyette

Invoice·Work Order # 1935392
Attorney File # Turcios