United States District Court State of New York, - Eastern District of New York

| | |
|---|---|
| Juan Manuel Rodriguez Turcios and Hector Antonio Gomez<br>Plaintiff(s),<br>vs.<br>Andrea D'Alessio Construction, Inc., et al<br>Defendant(s). | Case Number: 2:19-cv-04638-ARR-JO<br>Filed On: 8/12/2019<br>Court Date:<br><br>AFFIDAVIT OF NON SERVICE |

I, Richard Schultz, being duly sworn deposes and says: that I have been duly authorized to make service of the documents listed herein in the above titled case; and that I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENTS : Summons in a Civil Action & Complaint

SERVE TO: David Centner

ADDRESS: 66 Powerhouse Road, Roslyn Heights, NY 11577
On 10/18/2019, I NON-SERVED the documents mentioned above for the reasons listed below:

10/18/2019 4:45 PM 66 Powerhouse Road, Roslyn Heights, NY 11577 **Not Known at said Address**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

JULIE L. BYRNE
Notary Public, State of New York
No. 01BY6343649
Qualified in Suffolk County
Commission Expires June 13, 2020

Richard Schultz

Subscribed and sworn to before me, a notary public, on this ____ day of October, 2019.

Notary Public

Job # 207666

Client Reference: Robert Valletti 2 of 3

TMS SERVICE INC, 600 OLD COUNTRY ROAD, RM 318, GARDEN CITY, NY 11530