

*Valletti & Associates*

*Attorneys at Law*

611 Wayne Avenue, St. 2
New Hyde Park, New York 11040
www.vallettilaw.com

Tel: 516-666-0246
Fax: 516-758-1117
Rpvesq@gmail.com

December 10, 2019

**VIA ECF**
U.S. District Court
Eastern District of New York
Hon. Mag. Judge James Orenstein

> **Re:    Turcios et al. v. Andrea D'Alessio Construction, INc. et al.**
> **Docket: 19-cv-04638**

Dear Hon. Judge Orenstein,

As you are aware, my office represents Plaintiffs Turcios and Gomez in the above referenced action. I apologize for the delay in filing this letter, but please accept same as a status update of the matter and as a response to Your Honor's order that the undersigned show cause as to why Your Honor should not recommend dismissal to the assigned District Judge at this time.

Various defendants have raised issues about jurisdiction and service of process. While Plaintiffs do not agree with the contentions raised thus far, the parties have agreed to enter into a tolling agreement to facilitate settlement discussions and to determine whether an early resolution of this matter is feasible. The tolling agreement suspends and extends the statute of limitations for all claims, defenses and counterclaims between the parties up to and including January 31, 2020.

We respectfully request that the Court stay the action while the parties engage in settlement discussions. We can provide an update to the Court on January 31, 2020 of the progress made between the parties.

In the event the matter is not resolved and Defendants fail to appear and respond to the Complaint, we intend to move for default against some or all of the Defendants.

Please do not hesitate to contact me should you need anything further.

Respectfully submitted,

Robert P. Valletti

CC:    Evan Michailidis (via email: EMichailidis@duanemorris.com)