

## Valletti & Associates

*Attorneys at Law*

---

| | |
|---|---|
| 611 Wayne Avenue, St. 2 | Tel: 516-666-0246 |
| New Hyde Park, New York 11040 | Fax: 516-758-1117 |
| www.vallettilaw.com | Rpvesq@gmail.com |

February 3, 2020

**VIA ECF**
U.S. District Court
Eastern District of New York
Hon. Mag. Judge James Orenstein

       Re:    **Turcios et al. v. Andrea D'Alessio Construction, Inc. et al.**
                **Docket: 19-cv-04638**

Dear Hon. Judge Orenstein,

    As you are aware, my office represents Plaintiffs Turcios and Gomez in the above referenced action. This letter is submitted pursuant to this Court's December 11, 2019 Order directing Plaintiffs to provide a status report by February 3, 2020.

    Evan Michailidis of Duane Morris, LLP, who currently represents Defendants Centner Powerhouse, LLC, Centner Holdings Corporation, and David Centner, has provided documents to the undersigned as part of continued settlement discussions. While the previously executed tolling agreement was set to expire on January 31, 2020, Mr. Michailidis and I have agreed to extend the terms of this agreement to Friday, February 28, 2020.

    I respectfully request that the Court continue the stay on this action so that the parties can continue to discuss settlement. As previously stated, in the event the matter is not resolved and there are outstanding Defendants that have failed to appear or otherwise respond to the Complaint, I will request defaults from the Clerk and proceed accordingly.

                                                               Sincerely,

                                                               Robert P. Valletti

CC:    Evan Michailidis (via email: EMichailidis@duanemorris.com)