# Valletti & Associates

*Attorneys at Law*

---

611 Wayne Avenue, St. 2                                              Tel: 516-666-0246
New Hyde Park, New York 11040                                        Fax: 516-758-1117
www.vallettilaw.com                                                  Rpvesq@gmail.com

April 21, 2020

**VIA ECF**
U.S. District Court
Eastern District of New York
Hon. Mag. Judge James Orenstein

      **Re:** **Turcios et al. v. Andrea D'Alessio Construction, Inc. et al.**
            **Docket: 19-cv-04638(ARR)(JO)**

Dear Hon. Judge Orenstein,

    As you are aware, my office represents Plaintiffs Turcios and Gomez in the above referenced action. I apologize for the delay in filing this status letter, but I write with news of resolution.

    After countless phone calls between myself, counsel for the Centner Defendants on the wage and hour claims (Evan Michailidis), in-house counsel for the Centner Defendants (Jamie Mandel), and Plaintiff Juan Turcios' personal injury attorney (Andy Alonso) for injuries Mr. Turcios sustained while working at the job site in which his wage and hour violations accrued, we have reached a global resolution of this matter as well as two other personal injury cases pending in other jurisdictions.

    This process was arduous; however, after *months* of negotiation between all lawyers involved, the parties reached a settlement in principle as of **yesterday, April 20, 2020.** At this time, the undersigned respectfully requests Your Honor's particular instructions as to settlement.

    Please do not hesitate to contact me with any questions, comments, or concerns.

                                                Respectfully submitted,

                                                /s/
                                                Robert P. Valletti

CC:    Evan Michailidis (via email: EMichailidis@duanemorris.com)