UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JUAN MANUEL RODRIGUEZ TURCIOS and
HECTOR ANTONIO GOMEZ,

                              Plaintiff,

         - against -

ANDREA D'ALESSIO CONSTRUCTION, INC.,
ANDRE D'ALESSIO CONSTRUCTION INC.,
D'ALESSIO ARCHITECTURE, P.C., D'ALESSIO
INSPIRED ARCHITECTURAL DESIGNS,
RODRIGUEZ & SONS CONSTRUCTION AND
LANDSCAPING, LLC, CENTNER POWERHOUSE
LLC, CENTNER HOLDINGS CORPORATION also
known as APP CREATIVE DEVELOPMENT
CORPORATION, DAVID CENTNER individually
and As Chief Executive Officer of CENTNER
HOLDINGS CORPORATION, ANDREA
D'ALESSIO JR. individually and As Officer of
ANDREA D'ALESSIO CONSTRUCTION, INC., As
Officer of ANDRE D'ALESSIO CONSTRUCTION
INC., As Officer of D'ALESSIO ARCHITECTURE,
P.C., As Officer of D'ALESSIO INSPIRED
ARCHITECTURAL DESIGNS, JUAN CARLOS
RODRIGUEZ JR., individually and As Officer of
RODRIGUEZ & SONS CONSTRUCTION AND
LANDSCAPING, LLC,

                              Defendants.

---

Index No.: 19-cv-4638

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants, Centner Powerhouse LLC, Centner Holdings Corporation a/k/a APP Creative Development Corporation and David Center, in the above-captioned matter and request that all papers in connection with the above-captioned matter be served upon the undersigned at the address listed below.

DM2\12884205.1

Dated: New York, New York
July 22, 2020

**DUANE MORRIS LLP**

By:  /s/Evangelos Michailidis
Evangelos Michailidis
1540 Broadway
New York, NY 10036-4086
Tel.: 212-692-1000
Fax.: 212-692-1020
EMichailidis@duanemorris.com

*Attorneys for Defendants* Centner Powerhouse LLC, Centner Creative Development Corporation a/k/a APP Creative Development Corporation and David Center

To: Valletti & Associates, LLC
Attorneys for Plaintiff
611 Wayne Avenue, Suite 2
New Hyde Park, NY 11040
Tel: (516) 666-0246
Fax: (516) 758-1117

*Attorneys for Plaintiffs*

2