# Valletti & Associates

### Attorneys at Law

---

611 Wayne Avenue, St. 2  Tel: 516-666-0246
New Hyde Park, New York 11040  Fax: 516-758-1117
www.vallettilaw.com  Rpvesq@gmail.com

August 26, 2020

**VIA ECF**
U.S. District Court
Eastern District of New York
Hon. Mag. Judge James Orenstein

      **Re:**    **Juan Manuel Rodriguez Turcios et al. v. Andrea D'Alessio Construction, Inc., et al.**
             **Docket: 19-cv-004638(ARR)(JO)**

Dear Hon. Judge Orenstein,

      This firm represents Plaintiffs Juan Manuel Rodriguez Turcios and Hector Antonio Gomez. We submit this letter, jointly with counsel for Defendants Centner Powerhouse LLC, Centner Holdings Corporation a/k/a App Creative Development Corporation and David Centner (collectively, the "Centner Defendants"), to explain why Plaintiffs' broad release of claims is fair and reasonable.

Allocation of Compensation for Recovery

      Plaintiffs' claims against the defendants included wage and hour violations and discrimination. The discrimination claims were ancillary to the wage and hour claims and difficult to value. Notwithstanding, the parties did account for the discrimination claims in their settlement discussions and eventual agreement. As noted in our August 7 submission, while not explicitly stated in the agreement, the parties agreed to allocate $6,667 of the total settlement amount to Plaintiffs' discrimination claims.

      More specifically, at the beginning of negotiations, and prior to receiving further information in informal discovery from Defendants, Mr. Turcios' back pages total approximately $46,000; as described in the August 7 joint submission, this number decreased substantially after further information exchange. Still accounting for the time Mr. Turcios worked for these Defendants, which was considerably longer than Mr. Gomez had worked for these Defendants, for his compensation under the settlement agreement, $16,667 of the total went to Mr. Turcios' wages, while $3,333 were allocated to his remaining discrimination claims.

    For Mr. Gomez, who is receiving $6,667 under the settlement agreement, worked a total of roughly six months and asserted a discriminatory termination under the circumstances of his separation from employment.  For his compensation under the settlement agreement, $3,333 of the total went to wages, while $3,334 were allocated to his discrimination claim.

    The parties certainly intended for the settlement payment to cover all of the claims that Plaintiffs were releasing. As noted in Section 2 of the settlement agreement: "Plaintiffs expressly stipulate that the Settlement Payment constitutes adequate and ample consideration for the rights and claims they are releasing and waiving under this Settlement Agreement, including, but not limited to all compensation due to them, and for the obligations imposed upon them by virtue of this Settlement Agreement given the facts and circumstances explained to each of them by their attorneys."

    We thank the Court for its continued consideration of this matter.

    Respectfully Submitted,

Robert P. Valletti
Attorney for Plaintiff
Juan Manuel Rodriguez Turcios
Hector Antonio Gomez

Evan Michailidis
Attorney for Defendants
Centner Powerhouse LLC, Centner Holdings Corporation aka App Creative Development Corporation, David Centner Individually and as CEO of Centner Holdings Corporation