

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    AUG 0 5 2025    ★
*rec. 8/7/25 rg

BROOKLYN OFFICE



## ADJ

### ANDREA D'ALESSIO JR.

650 NE 32nd Street
Miami, FL  305-916-1086



RECEIVED
AUG 0 5 2025
PRO SE OFFICE

**Andrea D'Alessio Jr**
**A@BBD.NYC**

**07/18/2025**

**The Honorable Chief Judge Margo Brodie**

**U.S. District Court - Eastern District of New York**

**225 Cadman Plaza East Brooklyn, NY 11201**

**PETITION FOR REDACTION OR REMOVAL OF OPINION FROM PUBLIC ACCESS (PACER AND GOVINFO)**

**Dear Chief Judge Brodie,**

**I am writing to respectfully petition this Honorable Court for the redaction or complete removal of a specific opinion from public access, including PACER (Public Access to Court Electronic Records) and govinfo.**

**The opinion in question is identified as:**

**Case Name: 19-4638 - Rodriguez Turcios et al v. Andrea D'Alessio Construction, Inc.**

REC'D IN PRO SE OFFICE
AUG 5 '25 PM3:43

650 NE 32nd Street, Miami, FL | 305-916-1086

**The grounds for this petition are as follows:**

**This court case has been officially closed, and I have attached the relevant paperwork sent to me from the courthouse in Central Islip as confirmation.**

**The continued public availability of this opinion, particularly on PACER and govinfo, is unfortunately having a detrimental impact on my professional reputation within the construction business. While I fully respect the principle of public access to court records, the presence of this opinion online is creating unintended and significant challenges in securing further business opportunities. I respectfully submit that the harm to my livelihood and professional standing, stemming from the public accessibility of this closed case, outweighs the public interest in its continued online display.**

**I understand the importance of public access to court records and the principles of transparency. However, in this particular instance, the continued public availability of the opinion presents significant professional prejudice and harm.**

**I am prepared to provide any additional information or documentation the Court may require supporting this petition, including specific proposed redactions, if applicable.**

**Thank you for your time and consideration of this urgent matter. I respectfully request that the Court review this petition and grant the requested relief.**

**Sincerely,**

**Andrea D'Alessio Jr**

Cell: 305-399-6772
Email: T@BBD.NYC

650 NE 32nd Street, Miami, FL | 305-916-1086

CLOSED,ACO

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:19-cv-04638-ARR-JO

| | |
|---|---|
| Rodriguez Turcios et al v. Andrea D'Alessio Construction, Inc. et al | Date Filed: 08/12/2019 |
| Assigned to: Judge Allyne R. Ross | Date Terminated: 09/11/2020 |
| Referred to: Magistrate Judge James Orenstein | Jury Demand: Plaintiff |
| Cause: 29:201 Fair Labor Standards Act | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Juan Manuel Rodriguez Turcios**                    represented by    **Robert Philip Valletti**
                                                                                          Valletti & Associates, LLC
                                                                                          611 Wayne Avenue
                                                                                          Ste 2
                                                                                          New Hyde Park, NY 11040
                                                                                          516-666-0246
                                                                                          Fax: 516-758-1117
                                                                                          Email: rpvesq@gmail.com
                                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Antonio Gomez**                    represented by    **Robert Philip Valletti**
                                                                                 (See above for address)
                                                                                 *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Andrea D'Alessio Construction, Inc.**

**Defendant**

**Andre D'Alessio Construction Inc.**

**Defendant**

**D'Alessio Architecture, P.C.**

**Defendant**

**D'Alessio Inspired Architectural Designs**

**Defendant**

**Rodriguez & Sons Construction and Landscaping, LLC**

**Defendant**

**Centner Powerhouse, LLC**                    represented by    **Evangelos Michailidis**
                                                                                        Duane Morris LLP
                                                                                        1540 Broadway

A TRUE COPY
ATTEST
DATE June 16th 2025
BRENNA B. MAHONEY
BY _____ CLERK
DEPUTY CLERK

New York, NY 10036
212-692-1000
Fax: 212-692-1020
Email: emichailidis@eisnerlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Centner Holdings Corporation**
*also known as*
App Creative Development Corporation

represented by **Evangelos Michailidis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Centner**
*individually and as Chief Executive Officer
of Centner Holdings Corporation*

represented by **Evangelos Michailidis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andrea D'Alessio Jr.**
*individually and as officer of Andrea
D'Alessio Construction, Inc., as officer of
Andre D'Alessio Construction Inc., as
officer of D'Alessio Architecture, P.C., as
officer of D'Alessio Inspired Architectural
Designs*

**Defendant**

**Juan Carlos Rodriguez, Jr.**
*Individually as as officer of Rodriguez &
Sons Construction and Landscaping, LLC*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2019 | 1 | COMPLAINT against All Defendants filing fee $ 400, receipt number ANYEDC-11753563 Was the Disclosure Statement on Civil Cover Sheet completed -No,, filed by Hector Antonio Gomez, Juan Manuel Rodriguez Turcios. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Proposed Summons, # 4 Proposed Summons, # 5 Proposed Summons, # 6 Proposed Summons, # 7 Proposed Summons, # 8 Proposed Summons, # 9 Proposed Summons, # 10 Proposed Summons, # 11 Proposed Summons, # 12 Exhibit A Time Card, # 13 Exhibit B Centner Stubs, # 14 Exhibit C Rodriguez Paychecks) (Valletti, Robert) (Entered: 08/12/2019) |
| 08/13/2019 | 2 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (Rodin, Deanna) (Entered: 08/13/2019) |
| 08/13/2019 | | Proposed summonses are rejected; the caption on the summonses do not match the caption of the complaint; specifically, if you use "et al" you must attach a rider; the Clerk's Office cannot issue the summonses with an incorrect caption. Counsel is advised to submit completed proposed summonses using the event Proposed Summons/Civil Cover Sheet. (Rodin, Deanna) (Entered: 08/13/2019) |
| 08/13/2019 | | Case Assigned to Judge Allyne R. Ross and Magistrate Judge James Orenstein. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Rodin, Deanna) (Entered: 08/13/2019) |

| 08/13/2019 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all parties wish to consent.** The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.** (Rodin, Deanna) (Entered: 08/13/2019) |
| 08/15/2019 | 4 | Proposed Summons. Re 1 Complaint,, by Hector Antonio Gomez, Juan Manuel Rodriguez Turcios (Attachments: # 1 Proposed Summons, # 2 Proposed Summons, # 3 Proposed Summons, # 4 Proposed Summons, # 5 Proposed Summons, # 6 Proposed Summons, # 7 Proposed Summons, # 8 Proposed Summons, # 9 Proposed Summons) (Valletti, Robert) (Entered: 08/15/2019) |
| 08/21/2019 | 5 | Summons Issued as to Andre D'Alessio Construction Inc., Andrea D'Alessio Construction, Inc., David Centner, Centner Holdings Corporation, Centner Powerhouse, LLC, D'Alessio Architecture, P.C., D'Alessio Inspired Architectural Designs, Andrea D'Alessio Jr., Hector Antonio Gomez, Juan Carlos Rodriguez, Jr, Rodriguez & Sons Construction and Landscaping, LLC. (Attachments: # 1 summons issued, # 2 summons issued, # 3 summons issued, # 4 summons issued, # 5 summons issued, # 6 summons issued, # 7 summons issued, # 8 summons issued) (Guzzi, Roseann) (Entered: 08/21/2019) |
| 08/28/2019 | 6 | Summons Issued as to Andrea D'Alessio Construction, Inc.. (Guzzi, Roseann) (Entered: 08/28/2019) |
| 11/13/2019 | | ORDER -- A review of the docket indicates that the plaintiffs have not filed proof of timely service of the summons and complaint as required on any defendant. *See* Fed. R. Civ. P. 4(*l*), (m). No later than November 20, 2019, the plaintiffs must either file proof of timely service on the docket or file a motion requesting an extension of the time to effect service for good cause. *See* Fed. R. Civ. P. 4(m). Failure to comply will result in a recommendation that the case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 4(m), 41 (b). Ordered by Magistrate Judge James Orenstein on 11/13/2019. (Guy, Alicia) (Entered: 11/13/2019) |
| 11/13/2019 | 7 | SUMMONS Returned Executed by Hector Antonio Gomez, Juan Manuel Rodriguez Turcios. Andre D'Alessio Construction Inc. served on 9/10/2019, answer due 10/1/2019; Andrea D'Alessio Construction, Inc. served on 9/10/2019, answer due 10/1/2019; Centner Holdings Corporation served on 9/10/2019, answer due 10/1/2019; Centner Powerhouse, LLC served on 9/10/2019, answer due 10/1/2019; D'Alessio Architecture, P.C. served on 9/10/2019, answer due 10/1/2019; Rodriguez & Sons Construction and Landscaping, LLC served on 9/10/2019, answer due 10/1/2019. (Valletti, Robert) (Entered: 11/13/2019) |
| 11/13/2019 | 8 | Summons Returned Unexecuted by Hector Antonio Gomez, Juan Manuel Rodriguez Turcios as to D'Alessio Inspired Architectural Designs. (Valletti, Robert) (Entered: 11/13/2019) |
| 11/13/2019 | 9 | SUMMONS Returned Executed by Hector Antonio Gomez, Juan Manuel Rodriguez Turcios. Andrea D'Alessio Jr. served on 11/8/2019, answer due 11/29/2019; Juan Carlos Rodriguez, Jr served on 11/8/2019, answer due 11/29/2019. (Valletti, Robert) (Entered: 11/13/2019) |

| 11/13/2019 | 10 | Summons Returned Unexecuted by Hector Antonio Gomez, Juan Manuel Rodriguez Turcios as to David Centner. (Valletti, Robert) (Entered: 11/13/2019) |
|---|---|---|
| 12/06/2019 | | ORDER -- A review of docket entries 7 and 9 in this action indicates that defendants Andrea D'Alessio Construction, Inc., Andre D'Alessio Construction Inc., D'Alessio Architecture, P.C., Rodriguez & Sons Construction and Landscaping, LLC, Centner Powerhouse, LLC, Centner Holdings Corporation, Andrea D'Alessio Jr., and Juan Carlos Rodriguez, Jr. have been served with the summons and complaint and have failed to respond in a timely manner. No later than December 13, 2019, one of the following events must occur with respect to each of those defendants: (a) the defendant must file an answer, (b) the parties must file a stipulation extending the defendant's time to answer, or (c) the plaintiffs must file a request for a certificate of default. If none of the preceding events occurs with the respect to a given defendant by the deadline set forth above, I will deem the plaintiffs to have abandoned the claims against that defendant and will promptly file a Report and Recommendation urging the assigned District Judge to dismiss such claims for failure to prosecute. The plaintiffs counsel is directed to provide a copy of this order to his clients and to the defendants. *See* Fed. R. Civ. P. 41(b). Ordered by Magistrate Judge James Orenstein on 12/6/2019. (Guy, Alicia) (Entered: 12/06/2019) |
| 12/06/2019 | | ORDER TO SHOW CAUSE re 8 Summons Returned Unexecuted, 10 Summons Returned Unexecuted filed by Hector Antonio Gomez, Juan Manuel Rodriguez Turcios - - I respectfully direct the plaintiffs to show cause in writing no later than December 13, 2019, why I should not recommend to the assigned District Judge that the claims against defendants D'Alessio Inspired Architectural Designs, and David Centner be dismissed. Ordered by Magistrate Judge James Orenstein on 12/6/2019. (Guy, Alicia) (Entered: 12/06/2019) |
| 12/10/2019 | 11 | MOTION to Stay by Hector Antonio Gomez, Juan Manuel Rodriguez Turcios. (Valletti, Robert) (Entered: 12/10/2019) |
| 12/11/2019 | | ORDER granting 11 Motion to Stay -- The motion is granted on consent; I respectfully direct the plaintiffs to provide a status report by February 3, 2020. Ordered by Magistrate Judge James Orenstein on 12/11/2019. (Gutmann, Joseph) (Entered: 12/11/2019) |
| 12/13/2019 | 12 | ORDER -- To ensure compliance with the requirements of both *Mei Xing Yu v. Hasaki Rest., Inc.*, 2019 WL 6646618 (2d Cir. Dec. 6, 2019) and *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), I respectfully direct the parties as follows. In the event any defendant makes an offer of judgment under Federal Rule of Civil Procedure 68, the parties must promptly file, before filing any notice of acceptance of that offer, a notice that discloses all terms to which the parties have agreed (formally or otherwise, and regardless of whether the agreement is reduced to writing) that are not explicitly disclosed in the Rule 68 offer. The required notice must disclose all terms, including but not limited to the scope of any releases, any commitments regarding confidentiality or non-disparagement, and the apportionment of attorneys' fees. Any purported agreement that the parties fail to disclose in conformity with the foregoing requirements will be deemed void and unenforceable. Ordered by Magistrate Judge James Orenstein on 12/13/2019. (Gutmann, Joseph) (Entered: 12/13/2019) |
| 02/03/2020 | 13 | Second MOTION to Stay by Hector Antonio Gomez, Juan Manuel Rodriguez Turcios. (Valletti, Robert) (Entered: 02/03/2020) |
| 02/04/2020 | | ORDER granting 13 Motion to Stay -- The motion is granted on consent; I respectfully direct the plaintiffs to provide a status report by March 5, 2020. Ordered by Magistrate Judge James Orenstein on 2/4/2020. (Gutmann, Joseph) (Entered: 02/04/2020) |

| | | |
|---|---|---|
| 04/21/2020 | | ORDER -- On February 4, 2020, I respectfully directed the plaintiffs to provide a status report by March 5, 2020. They have still not done so. I now respectfully direct the plaintiffs to provide a status report by April 24, 2020. Ordered by Magistrate Judge James Orenstein on 4/21/2020. (Gutmann, Joseph) (Entered: 04/21/2020) |
| 04/21/2020 | 14 | Letter *informing Court of Resolution* by Hector Antonio Gomez, Juan Manuel Rodriguez Turcios (Valletti, Robert) (Entered: 04/21/2020) |
| 04/21/2020 | | ORDER -- A telephone conference will be held onJune 23, 2020, at 12:30 p.m. If the parties file a motion to approve the proposed settlement, and if I recommend approval of the proposed settlement, I will cancel the conference; otherwise, counsel for the plaintiff shall initiate the call and conference in chambers when all parties are on the line. All parties are directed to use landlines rather than mobile telephones in order to reduce potential interference. Ordered by Magistrate Judge James Orenstein on 4/21/2020. (Gutmann, Joseph) Modified on 4/21/2020 (Almonte, Kelly). (Entered: 04/21/2020) |
| 06/17/2020 | | ORDER -- The call-in information for the June 23, 2020 telephone conference is 1-877-336-1839 and the access code is 391-4302. I respectfully direct all counsel to call in to the telephone conference five minutes before the conference begins. If any party has any difficulty accessing the telephone conference, please contact chambers at Orenstein_Chambers@nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 6/17/2020. (Gutmann, Joseph) (Entered: 06/17/2020) |
| 06/23/2020 | | SCHEDULING ORDER -- The telephone conference previously scheduled for June 23, 2020 is adjourned to July 22, 2020 at 12:30 p.m. If the parties file a motion to approve the proposed settlement, and if I recommend approval of the proposed settlement, I will cancel the conference; otherwise, the call-in information for the conference is 1-877-336-1839 and the access code is 391-4302. I respectfully direct all counsel to call in to the telephone conference five minutes before the conference begins. Ordered by Magistrate Judge James Orenstein on 6/23/2020. (Gutmann, Joseph) (Entered: 06/23/2020) |
| 07/08/2020 | 15 | First MOTION for Settlement *Approval* by Hector Antonio Gomez, Juan Manuel Rodriguez Turcios. (Attachments: # 1 Proposed Order Settlement Agreement to be Signed) (Valletti, Robert) (Entered: 07/08/2020) |
| 07/22/2020 | 16 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Telephone Conference held on 7/22/2020. Scheduling: The next telephone conference will be held on August 25, 2020, at 12:30 p.m. Summary: (1) I explained to the plaintiffs' counsel the reasons why I cannot recommend approval of the proposed settlement. Those reasons include the absence of information about alleged damages that would permit a rational assessment of the proposal's fairness; a release provision that impermissible releases claims beyond those seeking unpaid wages and also releases certain defendants without consideration or explanation; and the lack of sufficient information (including contemporaneous billing records and attorney biolgraphical information) to assess the reasonableness of the claimed attorneys' fees. (2) I granted the plaintiffs' counsel's request to submit a revised motion for approval. If the court approves a revised settlement proposal before the next conference scheduled above, I will cancel it; otherwise, I respectfully direct all counsel to call 1-877-336-1839 five minutes before the scheduled start of the conference and use access code 391-4302. Any party experiencing difficulty accessing the telephone conference should contact chambers by email at orenstein_chambers@nyed.uscourts.gov. (3) I respectfully direct the parties' counsel as follows: the plaintiffs' counsel shall promptly provide a copy of this minute order to the defendant's counsel, Evan Michailidis; Mr. Michailidis shall promptly file a notice of appearance and arrange to receive notice of all filings in the case via the court's |

| | | electronic docketing system; and all counsel shall appear on time for the next conference. (Orenstein, James) (Entered: 07/22/2020) |
|---|---|---|
| 07/22/2020 | 17 | NOTICE of Appearance by Evangelos Michailidis on behalf of David Centner, Centner Holdings Corporation, Centner Powerhouse, LLC (aty to be noticed) (Michailidis, Evangelos) (Entered: 07/22/2020) |
| 08/07/2020 | 18 | Second MOTION for Settlement *Approval* by Hector Antonio Gomez, Juan Manuel Rodriguez Turcios. (Attachments: # 1 Appendix Plaintiffs' Attorney Time/Billing) (Valletti, Robert) (Entered: 08/07/2020) |
| 08/25/2020 | 19 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Telephone Conference held on 8/25/2020. Scheduling: The next telephone conference will be held on September 25, 2020, at 12:30 p.m. Summary: As discussed on the record, the record does not yet include sufficient information to allow approval of plaintiff Gomez's release of claims beyond those for wage violations. The parties will promptly submit a supplemental letter on that issue in further support of the pending motion for approval. If the court approves the proposed settlement before the next conference scheduled above, I will cancel it; otherwise, I respectfully direct all counsel to call 1-877-336-1839 five minutes before the scheduled start of the conference and use access code 391-4302. Any party experiencing difficulty accessing the telephone conference should contact chambers by email at orenstein_chambers@nyed.uscourts.gov. (Orenstein, James) (Entered: 08/25/2020) |
| 08/26/2020 | 20 | Third MOTION for Settlement *Approval* by Hector Antonio Gomez, Juan Manuel Rodriguez Turcios. (Valletti, Robert) (Entered: 08/26/2020) |
| 08/26/2020 | | REPORT AND RECOMMENDATIONS re 20 Third MOTION for Settlement *Approval* -- Having reviewed the proposed settlement, I conclude that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). I therefore respectfully recommend that the court grant the motion and approve the settlement. Any objections to this Report and Recommendation must be filed no later than September 9, 2020. Failure to file objections within this period designating the particular issues to be reviewed waives the right to appeal the district court's order. Ordered by Magistrate Judge James Orenstein on 8/26/2020. (Gutmann, Joseph) (Entered: 08/26/2020) |
| 09/10/2020 | 21 | ORDER ADOPTING REPORT AND RECOMMENDATIONS: adopting Report and Recommendations as to 20 Motion for Settlement. Ordered by Judge Allyne R. Ross on 9/10/2020. (Karr, Jacob) (Entered: 09/10/2020) |
| 09/11/2020 | | Civil Case Terminated. (Guzzi, Roseann) (Entered: 09/11/2020) |

Taylor Barasiak
801 S Miami Ave
#1410
Miami, FL 33130

MIAMI FL 330
30 JUL 2025
FREEDOM FREEDOM FREEDOM
FOREVER/USA

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 05 2025   ★

BROOKLYN OFFICE

USMS

Chief Judge Margo Brodie
U.S. District Court - Eastern District
225 Cadman Plaza
East Brooklyn NY 11201

11201-183299