*Application denied. There are no opinions in this case, among other reasons. So ordered [signature], USDJ*



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 5 2025 ★
BROOKLYN OFFICE

# ADJ
## ANDREA D'ALESSIO JR.

650 NE 32nd Street
Miami, FL 305-916-1086



RECEIVED
AUG 05 2025
PRO SE OFFICE

**SCANNED**

Andrea D'Alessio Jr
A@BBD.NYC

07/18/2025

The Honorable Chief Judge Margo Brodie

U.S. District Court - Eastern District of New York

225 Cadman Plaza East Brooklyn, NY 11201

**PETITION FOR REDACTION OR REMOVAL OF OPINION FROM PUBLIC ACCESS (PACER AND GOVINFO)**

**Dear Chief Judge Brodie,**

I am writing to respectfully petition this Honorable Court for the redaction or complete removal of a specific opinion from public access, including PACER (Public Access to Court Electronic Records) and govinfo.

The opinion in question is identified as:

**Case Name: 19-4638 - Rodriguez Turcios et al v. Andrea D'Alessio Construction, Inc.**

REC'D IN PRO SE OFFICE
AUG 5 '25 PM3:43

650 NE 32nd Street, Miami, FL | 305-916-1086